Crystal Lynn Bijak
Name
Ingra Street USPS General Delivery
Anchorage Alaska 99501
Mailing address

Telephone

RECEIVED
NOV 19 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Crystal Lynn Bijak, Plaintiff/Petitioner, | MOTION to/for Stop Stalking; DNA Test STD Test |
| vs. | |
| Anna Marie Thorpe, et al., Defendant(s)/Respondent. | Case No. 3:26-cv-00402-SLG |

I, Crystal Lynn Bijak, representing myself without a lawyer, move to/for: Stop Stalking; DNA Test; STD Test

under the following statute(s)/rule(s) (if known): civil rights violations

for the following reason(s): I believe Anna has information on the kidnapping of my children. She knew more about me & my family when I met her and she never told me this. Her & her family knew of me before I came to alaska. I was stolen/abducted from California around the time Joseph Barsi got shot. I was put through 100% hell and I did not shoot him. I was a child entertainer.

I have never lived with anna. All of the people I have ever known since being abducted 1981, are friends of hers and the other people listed in this complaint. My family was put through hell. I was assaulted and a child was born. Someone knows who took that child & possibly (most likely) killed him/her. I believe the child was meant to live as me so these people could get away w/ everything they know that was done to me. My #1 protector was killed recently b/c of these people & they know what happened to my abducted child. Anna was present for the birth of my

Date: November 19, 2026

child in 2001. Another person was living on Base w/ my "family" members behind my back. I was also

Crystal Lynn Bijak
Signature

## Certificate of Service

I hereby certify that a copy of the above Motion was served upon

____________________ by ____________ at
(Name of opposing party/counsel, if already served with summons) (Mail/fax/hand-delivery)

____________________ on ____________.
(Address) (Date)

____________________
(Signature)

married and I believe they used that SSN to marry someone to my "husband" behind my back. I was trafficked by his family. I deserve to know the truth about what these people did to my kids & family & Anna knows.